UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-CR-107 |
| ) | JUDGES _____ |
| MICHAEL R. WALLI, ) | |
| MEGAN RICE, and ) | |
| GREG BOERTJE-OBED ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, on or about July 28, 2012, within the Eastern District of Tennessee, the defendants, MICHAEL R. WALLI, MEGAN RICE, and GREG BOERTJE-OBED, aided and abetted by each other, at a place within the special maritime and territorial jurisdiction of the United States, namely, the United States Department of Energy, National Nuclear Security Administration, Y-12 National Security Complex, did willfully and maliciously destroy, injure, and attempt to destroy and injure, a structure, and other real and personal property within the Y-12 National Security Complex, in violation of Title 18, United States Code, Sections 1363 and 2.

### COUNT TWO

The Grand Jury further charges that, on or about July 28, 2012, in the Eastern District of Tennessee, the defendants, MICHAEL R. WALLI, MEGAN RICE, and GREG BOERTJE-OBED, aided and abetted by each other, willfully and by means of cutting, painting and defacing,

did injure and commit a depredation against property of the United States and of the United States Department of Energy, National Nuclear Security Administration, Y-12 National Security Complex, and the resulting damage was in an amount exceeding $1,000, in violation of Title 18, United States Code, Sections 1361 and 2.

## COUNT THREE

The Grand Jury further charges that, on or about July 28, 2012, in the Eastern District of Tennessee, the defendants, MICHAEL R. WALLI, MEGAN RICE, and GREG BOERTJE-OBED, did willfully and without authorization enter upon the property of the National Nuclear Security Administration, Y-12 National Security Complex, a facility, installation, and real property subject to the jurisdiction, administration, and in the custody of the United States Department of Energy, which was enclosed by a fence and structural barrier, in violation of Title 42, United States Code, Section 2278a(c), and 10 C.F.R. §§ 860.3 and 860.5(b).

A TRUE BILL:

SIGNATURE REDACTED
GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

Melissa M. Kirby
Assistant United States Attorney