# CRIMINAL CASE COVER SHEET        U.S. ATTORNEY'S OFFICE

**Place of Offense (City & County):** Oak Ridge (Roane County)

**Defendant Information:**

**Juvenile** _____ Yes __X__ No       **Matter to be Sealed:** _____ Yes __X__ No

**Defendant Name:** _____ Greg Boertje-Obed _____

**Total # of Counts:** ___ Petty  __1__ Misdemeanor (Class _A_)  __2__ Felony

| | ORIGINAL INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. §§ 1363 and 2 - Destroying, injuring, and attempting to destroy and injure property within Y-12 National Security Complex | 1 |
| Set 2 | 18 U.S.C. §§ 1361 and 2 - Injuring and committing a depredation against property of the United States with damage exceeding $1,000 | 2 |
| Set 3 | 42 U.S.C. § 2278a(c) and 10 C.F.R. §§ 860.3 and 860.5(b) - Unauthorized entry upon property of Y-12 National Security Complex | 3 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ 10/9/2012 _____       before Judge Shirley

Criminal Complaint Filed: Yes __X__ Case No. 3:12-MJ-1131; 3:12-MJ-2089  No ___

For Informations, name of defendant's attorney: __Pro Se (Bobby E. Hutson, Jr., Elbow Counsel)__

Retained: _____   Appointed: __X__

Interpreter: Yes _____ Language _____ No __X__

Related Case(s)–Include case number(s) and how related:

3:12-MJ-1129, 3:12-MJ-1130; 3:12-MJ-2087, 3:12-MJ-2088 (Co-defendants)
3:12-CR-94 (Information)

Date: __August 7, 2012__   Signature of AUSA: _[signature]_