# UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - ARRAIGNMENT

**Case No.**   3:12-CR-107   **At**   Knoxville   **Date** August 9, 2012

**USA   vs.   MICHAEL R. WALLI**                custody [] bond [X]
**MEGAN RICE**                                   custody [] bond [X]
**GREG BOERTJE-OBED**                            custody [X] bond []

**PRESENT:** HONORABLE C. CLIFFORD SHIRLEY, United States Magistrate Judge

| Rachel Stone | FTR Recorder | Melissa Kirby |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. US Attorney** |

Christopher Irwin                                          April Wilson
**Counsel for Defendant Walli**                            **Probation Officer**

Francis Lloyd
**Counsel for Defendant Rice**

Bobby Hutson
**Elbow Counsel for Defendant Boertje-Obed**

**Others Present: USM, CSO**

**PROCEEDINGS: Initial Appearance on an Complaint/Detention Hearing** -- Defendants are sworn. Defendants are advised of rights and charges alleged within the indictment. The court reappoints all counsel to represent the defendants. This trial of this matter is scheduled to take place on October 10, 2012 at 9:00 a.m. before Thomas W. Phillips, United States District Judge. A Pretrial Conference will be held on September 18, 2012 at 9:00 a.m. before C. Clifford Shirley, United States Magistrate Judge. For all other deadlines, please see the scheduling order to follow. Defendant Greg Boertje-Obed executes a waiver of detention. The court grants Defendant Megan Rice's Motion to Modify Conditions of Release, Doc., [5]. New orders setting the conditions of release are executed by Defendant Michael Walli and Defendant Megan Rice, and the court. The government moves to dismiss the complaints and information filed in Docket Number 3:12-cr-94. The court grants the government's oral motion. Order to follow The court releases the Defendants Michael Walli and Megan Rice on bond conditions. Defendant Greg Boertje-Obed is remanded to the custody of the USMS.

[X] Defendant is ARRAIGNED and specifically advised of his rights, Rule 11, F.R.C.P
[X] Court questions Defendant regarding his physical and mental condition
[X] Defendant waives reading of Indictment/Information [] Indictment/Information read
[X] Defendants PLEAD NOT guilty to counts
[X] Defendants released on bond   [X] Defendant remanded to custody of Marshal

**Time: 9:30   to   10:30**