UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:12-cr-107 |
| V. | ) | (Phillips/Shirley) |
| | ) | |
| GREG BOERTJE-OBED | ) | |

ORDER OF TEMPORARY DETENTION

This matter came before the undersigned for an initial appearance on an arraignment on August 9, 2012. Melissa Kirby, Assistant United States Attorney, was present representing the government. Attorney Bobby L. Hutson, Jr., Federal Defender Service was present as elbow counsel on behalf of the defendant. The defendant was also present. The defendant waived a detention hearing and signed the appropriate waiver.

The defendant is scheduled for a jury trial on **Wednesday, October 10, 2012 at 9:00 a.m.,** before the **Honorable Thomas W. Phillips**, United States District Judge. The defendant stated that he understands that he will remain in custody pending the hearing. For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3) Defendant be afforded reasonable opportunity for private

consultation with counsel; and

(4) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

ENTER:
　　　s/ C. Clifford Shirley　　
United States Magistrate Judge