# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - GENERAL

Case No.   3:12-CR-107              At  Knoxville, TN              Date September 7, 2012

U.S.A.  vs.  GREG BOERTJE-OBED
_____

**PRESENT:** <u>HONORABLE  C. CLIFFORD SHIRLEY JR., United States Magistrate Judge</u>


|  |  | <u>Jeffrey Theodore</u> |
| <u>Rachel Stone</u> | <u>Netta Kocuba</u> | <u>Melissa Kirby</u> |
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| <u>Bobby Hutson, Jr.</u> |  | <u>Corey Miller</u> |
| **Attorney for Defendant** |  | **Probation Officer** |

**OTHERS PRESENT:**

[] Initial Appearance      [X] Detention hearing      [] Removal hearing
[] Pretrial conference      [] Motion hearing    [] Bond hearing
[] Preliminary hearing      [] Probation hearing [] Other
[] Defendant(s) advised of rights; charges and penalties
[] Financial affidavit executed
[] Ordered attorney be appointed under Criminal Justice Act


**PROCEEDINGS:  DETENTION HEARING --**  Argument heard by counsel and the defendant.
The court releases the defendant on bond conditions.

[] Bond denied        [] Bond set at [] surety/non-surety
[X] Defendant released on same bond/conditions
[] Defendant released to custody of US Marshal




**Time   2:00    to   3:25**