# UNITED STATES DISTRICT COURT

EASTERN      DISTRICT OF      TENNESSEE

UNITED STATES OF AMERICA

V.

**MICHAEL R. WALLI, ET. AL.**

## EXHIBIT AND WITNESS LIST

Case Number: **3:12-CR-107**

| PRESIDING JUDGE **AMUL R. THAPAR, USDJ** | GOVERNMENT'S ATTORNEY **THEODORE/KIRBY** | DEFENDANT'S ATTORNEYS **IRWIN/QUIGLEY/LLOYD/HUTSON** |
|---|---|---|
| MOTION HEARING DATE: **APRIL 23, 2013** | COURT REPORTER **ELIZABETH COFFEY MOORE** | COURTROOM DEPUTY **JASON HUFFAKER** |

| GOV'T NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | W | 4/23/13 |  |  | **Ramsey Clark** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.**

Page 1 of    1    Pages