UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:12-CR-00107 |
| | ) | |
| v. | ) | Hon. Amul R. Thapar, USDJ |
| | ) | Hon. C. Clifford Shirley, Jr., USMJ |
| MEGAN RICE | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE *EX PARTE* MOTION UNDER SEAL**

Undersigned counsel respectfully moves this Honorable Court for leave to file under seal his *Ex Parte* Motion to Approve Stage 1 and 2 Budget and to Authorize Interim Payments, and his *Ex Parte* Memorandum in Support of this Motion. This Defendant seeks this relief in accordance with the Court's Notice of Electronic Availability of Criminal Case File Documents.

Respectfully submitted,

s/ Francis L. Lloyd, Jr.
LAW OFFICE OF FRANCIS L. LLOYD, JR.
9111 Cross Park Drive
Suite D-200
Knoxville, TN 37923
tel: (865) 470-4077
fax: (865) 978-6504
E-Mail: FLLloydJr@gmail.com
   *Counsel for the Defendant*
   *Megan Rice*

CERTIFICATE OF SERVICE

     I hereby certify that a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all the parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                    s/ Francis L. Lloyd, Jr.