UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:12-CR-107 |
| MICHAEL R. WALLI, ) | JUDGES THAPAR/SHIRLEY |
| MEGAN RICE, and ) | |
| GREG BOERTJE-OBED ) | |

## STIPULATION TO SUMMARIES OF DOCUMENTS

The parties hereby agree and stipulate that summaries of cost related to repairs for damages to Y-12 property are admissible pursuant to Federal Rule of Evidence 1006.

Dated: 5/2/13

Jeffrey E. Theodore
Assistant U.S. Attorney

Dated: May 2, 2013

Melissa M. Kirby
Assistant U.S. Attorney

Dated: 2 May 2013

Christopher S. Irwin — Michael R. Walli
Attorney for Michael R. Walli

Dated: 2 May 2013

Francis L. Lloyd, Jr.
Attorney for Megan Rice

Megan Rice
Greg Boertje-Obed

Dated: 6 May 2013

Bobby E. Hutson, Jr.
Attorney for Greg Boertje-Obed