UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



MAY 07 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CASE NO. 3:12-CR-107 |
| MICHAEL R. WALLI, | ) | JUDGES THAPAR/SHIRLEY |
| MEGAN RICE, and | ) | |
| GREG BOERTJE-OBED | ) | |

## STIPULATION

The parties hereby agree and stipulate that documents provided relating to costs of repair for damage to Y-12 property resulting from the defendants' intrusion on July 28, 2012 are admissible as business records pursuant to Fed. R. Evid. 803(6), and without further authentication. This does not preclude the defendants from making other non-foundational objections to such documents.

Dated: 5/2/13

_____
Jeffrey E. Theodore
Assistant U.S. Attorney

Dated: May 2, 2013

_____
Melissa M. Kirby
Assistant U.S. Attorney

Dated: 2 May 2013

_____  Michael R. Walli
Christopher S. Irwin
Attorney for Michael R. Walli

Dated: 2 May 2013

_____
Francis L. Lloyd, Jr.
Attorney for Megan Rice

Megan Rice

Dated: 6 May 2013

Greg Boertje-Obed
_____
Bobby E. Hutson, Jr.
Attorney for Greg Boertje-Obed