UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
MAY 07 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 3:12-CR-107 |
| MICHAEL R. WALLI, ) | JUDGES THAPAR/SHIRLEY |
| MEGAN RICE, and ) | |
| GREG BOERTJE-OBED ) | |

### STIPULATION

The parties hereby agree and stipulate to the foundation/authentication requirements for admissibility of all photographs taken, and physical evidence seized at the scene of the intrusion FUJS at Y-12 on July 28, 2012, introduced as evidence by either party. This agreement does not preclude the parties from raising other non-foundation/authentication objections to the admissibility of such evidence.

Dated: May 2, 2013

Jeffrey E. Theodore
Assistant U.S. Attorney

Dated: May 2, 2013

Melissa M. Kirby
Assistant U.S. Attorney

Dated: May 2, 2013

Michael R. Walli

Christopher S. Irwin
Attorney for Michael R. Walli

Dated: 2 May 2013

Francis L. Lloyd, Jr.
Attorney for Megan Rice

Megan Rice

Dated: 6 May 2013

Greg Boertje-Obed

Greg Boertje-Obed
Defendant