# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - JURY TRIAL

**Case No.** 3:12-cr-107        **At** Knoxville        **Date** 5/7/2013

| | | |
|---|---|---|
| **U.S.A.** | **vs.** | **Michael R. Walli (1)** |
| **U.S.A.** | **vs.** | **Megan Rice (2)** |
| **U.S.A.** | **vs.** | **Greg Boertje-Obed (3)** |

**PROCEEDINGS:  Jury Trial, Day 1.**  Opening statements given.  The government began and later concluded its introduction of evidence.   The defendants began their introduction of evidence.  Motion for Rule 29 made by the defendants.  The motion was taken under advisement. Parties will meet May 8, 2013 at 8:00 a.m. for a charge conference.  Jury trial to continue to 9:00 a.m.

**PRESENT:  HONORABLE  AMUL R. THAPAR, UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Lisa Wiesman | M. Kirby/J. Theodore |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Attorney** |

C. Irwin & W. Quigley/F. Lloyd, Jr./B. Hutson, Jr.
**ATTORNEYS FOR DEFENDANTS**

**[X] Rule requested    [] Rule not requested**
**[X] Witnesses sworn [X] Exhibits admitted**
**[X] Introduction of evidence for gov't [X] begun  [] resumed  [X] concluded**
**[X] Introduction of evidence for dft    [X] begun  [] resumed  [] concluded**
**[]  Rebuttal evidence                    [] Surrebuttal evidence**
**[]  Jury respited to   at  for further trial.**
**[X]  Motion for judgment of acquittal  [] granted  []  denied  [X]  submitted**
**[] Argument of counsel                [] charge of the Court**
**[X] Case continued to** May 8, 2013 **at** 9:00 a.m. **for further trial**
**[]  Jury retired to deliberate at ; Jury returned at .**
**[] JURY VERDICT           [] FINDING BY COURT**
**[] Jury polled           [] Polling waived      [] Mistrial declared**
**[X] Defendants remain on present bonds**

| **Time** | 8:45 a.m. | **to** | 10:45 a.m. |
|---|---|---|---|
| | 11:00 p.m. | **to** | 12:45 p.m. |
| | 1:45 p.m. | **to** | 3:22 p.m. |
| | 3:40 p.m. | **to** | 5:50 p.m. |
| | 6:00 p.m. | **to** | 6:55 p.m. |