# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

# CRIMINAL MINUTES - JURY TRIAL

**Case No.** 3:12-cr-107       **At** Knoxville       **Date** 5/8/2013

| U.S.A. | vs. | **Michael R. Walli (1)** |
| U.S.A. | vs. | **Megan Rice (2)** |
| U.S.A. | vs. | **Greg Boertje-Obed (3)** |

**PROCEEDINGS: Jury Trial, Day 2.** Charge conference held. Ruling reserved on Defendants' Rule 29 Motion. The defendants continued and later concluded their introduction of evidence. Defendants renewed their Rule 29 Motion. Jury charged. Closing arguments given. The jury retired to deliberate. Verdict returned. All defendants were found guilty on each count. The defendants were taken into custody pursuant to statute. A detention hearing was scheduled for May 9, 2013 at 9:00 a.m.

**PRESENT: HONORABLE AMUL R. THAPAR, UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Lisa Wiesman | M. Kirby/J. Theodore |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Attorney** |

C. Irwin & W. Quigley/F. Lloyd, Jr./B. Hutson, Jr.
**ATTORNEYS FOR DEFENDANTS**

[X] Witnesses sworn  [X] Exhibits admitted
[X] Introduction of evidence for gov't    [] begun    [] resumed    [] concluded
[X] Introduction of evidence for dfts     [] begun    [X] resumed   [X] concluded
[] Rebuttal evidence                      [] Surrebuttal evidence
[] Jury respited to   at  for further trial.
[X] Motion for judgment of acquittal  [] granted  [] denied  [X] renewed
[X] Charge of the Court                   [X] Argument of counsel
[] Case continued to  at for further trial
[] Jury retired to deliberate at 3:34 p.m.; Jury returned at 6:00 p.m.
[X] JURY VERDICT           [] FINDING BY COURT
[] Jury polled              [X] Polling waived    [] Mistrial declared
[X] Defendants remanded to the custody of the USMS

| **Time** | 8:00 a.m.   | to | 8:50 a.m.   |
|          | 9:00 a.m.   | to | 11:05 a.m.  |
|          | 11:20 a.m.  | to | 11:55 a.m.  |
|          | 1:00 p.m.   | to | 3:40 p.m.   |
|          | 6:00 p.m.   | to | 6:15 p.m.   |