# UNITED STATES DISTRICT COURT

___EASTERN___  DISTRICT OF ___TENNESSEE___

UNITED STATES OF AMERICA

V.

**MICHAEL R. WALLI, *ET. AL.***

**EXHIBIT AND WITNESS LIST**

Case Number: **3:12-CR-107**

| PRESIDING JUDGE<br>AMUL R. THAPAR, USDJ | | GOVERNMENT'S ATTORNEY<br>THEODORE/KIRBY | | DEFENDANT'S ATTORNEYS<br>IRWIN/QUIGLEY/LLOYD/HUTSON | |
|---|---|---|---|---|---|
| JURY TRIAL DATES:<br>MAY 6-8, 2013 | | COURT REPORTER<br>LISA WIESMAN | | COURTROOM DEPUTY<br>JASON HUFFAKER | |
| **GOV'T NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS* AND WITNESSES** |
| W | | 5/7/2013 | | | Steven C. Erhart, Site Manager @ Y-12 National Security Complex |
| 1 | | " | X | X | Aerial photograph of Y-12 |
| 4 | | " | X | X | Photograph of entrance sign at Y-12 |
| 2 | | " | X | X | Map of Y-12 |
| 46 | | " | X | X | *"No Trespassing" yellow sign **[withdrawn and substituted by 46A]** |
| 46A | | " | X | X | Photograph of Exhibit 46 |
| W | | " | | | Sgt. Chad T. Riggs, B&W Y-12 Security Force |
| 3 | | " | X | X | DVD of surveillance video |
| 39 | | " | X | X | Photograph of Defendant Walli |
| 40 | | " | X | X | Photograph of Defendant Rice |
| 41 | | " | X | X | Photograph of Defendant Boertje-Obed |
| 5 | | " | X | X | Photograph of "Woe to the Empire of Blood" |
| 6 | | " | X | X | Photograph of "The Fruit of Justice is Peace" |
| 7 | | " | X | X | Photograph of "Plowshares Please Isaiah" |
| 8 | | " | X | X | Photograph of "Plowshares Please Isaiah"(tower view) |
| 9 | | " | X | X | Photograph of blood on wall |
| 10 | | " | X | X | Photograph of blood on wall (with backpacks) |
| 11 | | " | X | X | Photograph of baby bottle/blood |
| 12 | | " | X | X | Photograph of "Disarm Transform" |
| 13 | | " | X | X | Photograph of "Disarm Transform" (close view) |
| 14 | | " | X | X | Photograph of "Peace Not War" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | v. | MICHAEL R. WALLI, *ET. AL.* | CASE NO. 3:12-CR-107 |
|---|---|---|---|

| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 5/7/2013 | X | X | Photograph of blood on concrete barrier and fence pole |
| 16 | | " | X | X | Photograph of "Never Again" |
| 17 | | " | X | X | Photograph of hole cut into innermost PIDAS fence |
| 21 | | " | X | X | Photograph of hole cut into PIDAS fence |
| 22 | | " | X | X | Photograph of red bolt cutters |
| 23 | | " | X | X | *red 24" bolt cutters [withdrawn and substituted by 23A] |
| 23A | | " | X | X | Photograph of Exhibit 23 |
| 24 | | " | X | X | Photograph of yellow bolt cutters |
| 25 | | " | X | X | *yellow 14" bolt cutter [withdrawn and substituted by 25A] |
| 25A | | " | X | X | Photograph of Exhibit 25 |
| 26 | | " | X | X | Photograph of two small hammers |
| 27 | | " | X | X | *large hammer with writing on handle [withdrawn and substituted by 27A] |
| 27A | | " | X | X | Photograph of Exhibit 27 |
| 28 | | " | X | X | Photograph of two smaller hammers in evidence bags |
| 29 | | " | X | X | Photograph of two hammers displayed |
| 30 | | " | X | X | Photograph of binoculars on fence |
| 32 | | " | X | X | Photograph of hole cut in middle of PIDAS fence |
| 33 | | " | X | X | Photograph of hole cut into outermost PIDAS fence |
| 34 | | " | X | X | Photograph of backpack, hammer, paint cans, candles... |
| 35 | | " | X | X | Photograph of spray paint cans (2) |
| 36 | | " | X | X | Photograph of spray paint cans (4) |
| 37 | | " | X | X | Photograph of "No Drones! No Nukes!" paper fan and flashlight |
| 53 | | " | X | X | Photograph of "DANGER" tape |
| W | | " | | | Kirk E. Garland |
| W | | " | | | Rodney L. Johnson, B&W Y-12 Deputy General Manager for Security Operations |
| 69 | | " | X | X | Tractor Supply receipt |
| 70 | | " | X | X | Sherwin Williams receipts |

| UNITED STATES OF AMERICA | | v. | MICHAEL R. WALLI, *ET. AL.* | | CASE NO. 3:12-CR-107 |
|---|---|---|---|---|---|
| GOVT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 67-1 | | 5/7/2013 | X | X | Summary of labor costs re PIDAS/HEUMF repairs |
| 67-2 | | " | X | X | Summary of labor costs re 229 Boundary fence repairs |
| 68 | | " | X | X | Summary Chart II: Costs/Damages to Y-12 Property |
| W | | " | | | S.A. Ryan Baker, DOE Office of the Inspector General |
| 44 | | " | X | X | Photograph of hole cut into 229 boundary fence |
| 45 | | " | X | X | Photograph of hole cut into 229 boundary fence with sign |
| 54 | | " | X | X | Photograph of six baby bottles |
| 38-1 | | " | X | X | Photograph of t-shirt streamer "It is a sin..." |
| 38-2 | | " | X | X | Photograph of t-shirt streamers (6) |
| 42 | | " | X | X | Photograph of UN helmet |
| 43 | | " | X | X | Photograph of all three defendants pre-incident (with helmet) |
| 48 | | " | X | X | *Banner: "Never Again/Transform Now"  [withdrawn and substituted by 48A/B] |
| 48A | | " | X | X | Photograph of 48 ("Never Again") |
| 48B | | " | X | X | Photograph of 48 ("Swords Into Plowshares...") |
| 20 | | " | X | X | Photograph of banner "Swords Into Plowshares..." at scene |
| 66 | | " | X | X | DVD of various media |
| | W | " | | | Megan Rice |
| | 1 | " | X | X | A Statement for the Y-12 Facility by Megan Rice |
| | 2 | " | X | X | Oak Ridge Y-12 Indicted for War Crimes |
| | W | 5/8/2013 | | | Megan Rice (cont'd) |
| | W | " | | | Michael R. Walli |
| | A | " | | ID | [Collective] Bibles (4) |
| | W | " | | | Mary Ann Wright |
| | W | " | | | Greg Boertje-Obed |
| | B | " | | ID | Christian Idolatry/Christian Revival |