UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION
KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal No. 12-107-ART |
| v. | ) **VERDICT** |
| MICHAEL R. WALLI, MEGAN RICE, and GREG BOERTJE-OBED, | ) |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

## MICHAEL R. WALLI

### COUNT 1

In order to find the defendant, Michael R. Walli, guilty of Count 1, a violation of 18 U.S.C. § 2155, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, destroyed, contaminated, infected, or attempted to injure, destroy, contaminate, or infect, any national-defense premises

2. The defendant did so with intent to injure, interfere with, or obstruct the national defense of the United States; and

3. The defendant did so in the Eastern District of Tennessee on or about July 28, 2012.

Based on these elements, how do you find the defendant Michael R. Walli?

GUILTY ✓   NOT GUILTY ___

FOREPERSON

**SIGNATURE REDACTED**

DATE
5/8/13

## MICHAEL R. WALLI

### COUNT 2

In order to find the defendant, Michael R. Walli, guilty of Count 2, a violation of 18 U.S.C. § 1361, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, or committed a depredation against, property;
2. The property was owned by the United States;
3. The damage or attempted damage caused by the defendant was more than $1,000; and
4. The defendant's acts took place on or about July 28, 2012, in the Eastern District of Tennessee.

Based on these elements, how do you find the defendant Michael R. Walli?

GUILTY ✓    NOT GUILTY ___

FOREPERSON
**SIGNATURE REDACTED**
DATE
5/8/13

## MEGAN RICE

### COUNT 1

In order to find the defendant, Megan Rice, guilty of Count 1, a violation of 18 U.S.C. § 2155, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, destroyed, contaminated, infected, or attempted to injure, destroy, contaminate, or infect, any national-defense premises
2. The defendant did so with intent to injure, interfere with, or obstruct the national defense of the United States; and
3. The defendant did so in the Eastern District of Tennessee on or about July 28, 2012.

Based on these elements, how do you find the defendant Megan Rice?

GUILTY ✓     NOT GUILTY ___

FOREPERSON

**SIGNATURE REDACTED**

DATE

5/8/13

## MEGAN RICE

### COUNT 2

In order to find the defendant, Megan Rice, guilty of Count 2, a violation of 18 U.S.C. § 1361, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, or committed a depredation against, property;
2. The property was owned by the United States;
3. The damage or attempted damage caused by the defendant was more than $1,000; and
4. The defendant's acts took place on or about July 28, 2012, in the Eastern District of Tennessee.

Based on these elements, how do you find the defendant Megan Rice?

GUILTY ✓    NOT GUILTY ___

FOREPERSON

**SIGNATURE REDACTED**

DATE

5/8/13

## GREG BOERTJE-OBED

### COUNT 1

In order to find the defendant, Greg Boertje-Obed, guilty of Count 1, a violation of 18 U.S.C. § 2155, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, destroyed, contaminated, infected, or attempted to injure, destroy, contaminate, or infect, any national-defense premises
2. The defendant did so with intent to injure, interfere with, or obstruct the national defense of the United States; and
3. The defendant did so in the Eastern District of Tennessee on or about July 28, 2012.

Based on these elements, how do you find the defendant Greg Boertje-Obed?

GUILTY ✓    NOT GUILTY ___

FOREPERSON

**SIGNATURE REDACTED**

DATE

5/8/13

## GREG BOERTJE-OBED

### COUNT 2

In order to find the defendant, Greg Boertje-Obed, guilty of Count 2, a violation of 18 U.S.C. § 1361, you must find beyond a reasonable doubt that:

1. The defendant willfully injured, or committed a depredation against, property;
2. The property was owned by the United States;
3. The damage or attempted damage caused by the defendant was more than $1,000; and
4. The defendant's acts took place on or about July 28, 2012, in the Eastern District of Tennessee.

Based on these elements, how do you find the defendant Greg Boertje-Obed?

GUILTY ✓      NOT GUILTY ___

FOREPERSON

**SIGNATURE REDACTED**

DATE

5/8/13