# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - GENERAL

**Case No.** 3:12-cr-107     **At** Knoxville          **Date** 5/9/2013

| | | |
|---|---|---|
| **U.S.A.** | **vs.** | **Michael R. Walli (1)** |
| **U.S.A.** | **vs.** | **Megan Rice (2)** |
| **U.S.A.** | **vs.** | **Greg Boertje-Obed (3)** |

**PRESENT: HONORABLE AMUL R. THAPAR, UNITED STATES DISTRICT JUDGE**

| Jason Huffaker | Lisa Wiesman | Jeffrey E. Theodore/Melissa M. Kirby |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Attys** |

Christopher S. Irwin & William P. Quigley/Francis L. Lloyd, Jr./Bobby E. Hutson, Jr.
**Attorneys for Defendants**

**Others present:** USMS, CSO


**PROCEEDINGS: Detention Hearing.**

- Arguments heard regarding the defendants' potential release. Rulings taken under advisement. Order follow.

- In the event the Court finds that Count 1 does not constitute a crime of violence, the government is to file their brief by May 14, 2013 as to why the defendants should not be released on conditions.

- Defendants shall file briefs regarding their Rule 29 Motion by June 24, 2013.
  Government's response is due by July 15, 2013.
  Defendants' reply are due by Jule 29, 2013.

- Sentencings scheduled as follows:

    Michael R. Walli:    Sentencing set for September 23, 2013 at 1:00 p.m. in Courtroom 1A.
    Megan Rice:          Sentencing set for September 23, 2013 at 2:30 p.m. in Courtroom 1A.
    Greg Boertje-Obed:   Sentencing set for September 23, 2013 at 4:00 p.m. in Courtroom 1A.


**[ ] Defendants remain released on bond          [X] defendant remanded to custody of US Marshal**

**Time** 9:00 a.m.     **to**     10:25 a.m.