Thapar

Bradford Lyttle

FILED

MAY 3 0 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

May 26, 2013

Judge Anul Thaper
Federal District Court
Eastern District of Tennessee
Knoxville, Tennessee 37902

Dear Judge Thaper,

    I hope that you will be extremely lenient with Sr. Megan Rice, Gregg Boertje-Obed, and Michael Walli. These people are not dangerous criminals, they are remarkably courageous and socially responsible individuals who are performing an invaluable service to this country and humanity in general by questioning the morality and legality of nuclear weapons. Also, they have raised the question of whether the huge nuclear arsenals maintained by Y-12 actually do protect us.

    This latter, purely practical question, is not scientifically addressed by the government. The government's case rests on their assertion that nuclear weapons and Y-12 are necessary to national security. This implies that nuclear deterrence, the strategy expressed by our nuclear arsenal, is rational and stable, and can be expected to prevent nuclear war forever. It must do this to be at all defensible from a practical point of view. The explosion of hydrogen bombs are not like automobile accidents. We may be able to survive frequent automobile accidents, but the explosion of just one hydrogen bomb of the kind being "refurbished" by Y-12 can destroy an entire city, and so change the security situation that our way of life will be drastically altered. If even a small fraction of the bombs in the arsenals of the U.S. and Russia are ever exploded, the existence of civilized society in both countries will be at doubt, and the radiation produced by these bombs can jeopardize human life on earth.

    What the government never tells us is that nuclear deterrence is an unstable strategy, and that it can be expected to fail at any moment. This is because it constantly risks catastrophic nuclear accidents and war, and, if this is the case, probability theory tells us that the probability of these calamities approaches certainty. Rather than guaranteeing the perpetual safety of the U.S., Y-12 is guaranteeing our almost unimaginable injury and eventual destruction.

    It is not easy to see why this is so, but the imminent calamity is a scientific fact. This is explained by the two enclosed documents, The Apocalypse Equation letters, and the Martin Hellman article. I wrote the letters to Harvard Magazine, the alumni magazine of our most

1

prestigious university, in 1982. At the time, Harvard Magazine was entertaining a discussion of the question of the probability of accidental nuclear war. The letters give the ultimate scientific answer to that question, and ended the discussion. I was able to write the letters because I was just finishing several years of study in the political science departments of the University of Illinois in Chicago, and the University of Chicago. This study had included courses in statistics, nuclear power, and international relations.

The Hellman document is a reprint of an article in Parade Magazine written by Dr. Martin Hellman. Dr. Hellman is professor emeritus of electrical engineering at Stanford University. He also also is a world authority on the science of codes. He made the same argument in his article that I made in my letters, except that, being a better mathematician than I, he used calculus rather than high school algebra. But, our conclusions are the same. The failure of deterrence approaches certainty over time.

The fact is, the human species must learn to resolve its disputes by judicial and other nonviolent means if it is to continue to exist. That is a way of interpreting what Megan, Gregg and Mike are saying. It is a message that needs to be universally broadcast, not silenced.

I hope that you will change your mind, and release the three on bail until their sentencing. Jail is always a strain, and more than three months is a long time to spend in jail, particularly for a person as advanced in years as Megan. If you do keep them in jail, I hope that you eventually give them, "Time served."

Megan, Gregg and Michael are completely nonviolent in their religious beliefs and philosophy. I hope that you will yield to all sentiments and inclinations of mercy in this situation.

Sincerely,

Bradford Lyttle



28 MAY 2013 PM 1 L
S SUBURBAN IL 604

Judge Anul Thaper
Federal District Court
Eastern District of Tennessee
Knoxville, Tennessee 37902

3790249599

Mr. Bradford Lyttle