58 Maiden Lane
Susquehanna, PA 18847
July 15, 2013

Honorable District Judge Amul R. Thaper
US District Court
35 W. Fifth Street
Covington, KY 41011

Dear Judge Thapar,

I am writing to you in behalf of three individuals and thousands of Americans whose life in a just world is severely threatened when conscience is confused with terrorism.

Three individuals: Meghan Rice, Gregory Boertje-Obed and Michael Walli- following their understanding ( and that of many) of the teachings of Christ sought to protest non violently and peacefully. the proliferation of Nuclear Weapons.

They are now threatened with charges of grievous crime and even Terrorism and incarcerated in a jail in Georgia. The premise for this incarceration is that they are guilty of a crime of violence.

How is it possible that such a skewed and mean spirited interpretation of the practice of Christianity can be visited on our own citizens?

What violence was committed?

There has long been opposition to Nuclear Weapons and many of those who created and delivered them regret that they did so.

What does it serve to convict these three citizens of violent crime when it is abundantly clear that these are people who are protesting violence, using their own bodies as collateral and no one elses?

At one time this kind of behavior was seen for what is was. A courageous speaking of truth to

power. What do we say about trends in American justice when this kind of injustice is perpetrated on our elders?

I respectfully ask that this attempt to distort the law and its application for political reasons be seen for what it is.


Sincerely,
Anne J Ryan

*Anne J Ryan*

Mrs. Anne Ryan
58 Maiden Ln.
Susquehanna, PA 18847



Honorable District Judge
Amul R. Thapar
US District Court
35 W. Fifth Street
Covington, KY 41011