UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL R. WALLI, et al., )<br>)<br>Defendants. )<br>) | Criminal No. 12-07-ART-(1),(2),(3)<br><br>**ORDER** |

\*\*\* \*\*\* \*\*\* \*\*\*

The defendants have moved the Court for permission to remain in the courtroom during all three scheduled sentencing hearings. R. 312. Additionally, the Court has determined that judicial economy would be served by consolidating certain aspects of its analysis under 18 U.S.C. § 3553(a) at the defendants' sentencing hearings.

Accordingly, it is **ORDERED** that:

(1) The defendants' motion for permission to remain in the courtroom, R. 312, is **GRANTED**.

(2) The defendants' sentencing hearings are **CONSOLIDATED** for the purposes of all jointly applicable analysis. The joint sentencing hearing will begin on **Tuesday, February 18, 2014**, at **1:30 p.m.**

This the 18th day of February, 2014.



Signed By:
*Amul R. Thapar* AT
United States District Judge

Case 3:12-cr-00107-ART-CCS   Document 316   Filed 02/18/14   Page 1 of 2   PageID #: 4254